**Acknowledged**
TWP
November 1, 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SAEILO ENTERPRISES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | )    CASE NO. 1:11-cv-0993-TWP-DML |
| v. | ) |
| | ) |
| SCOTTWERX, LLC, | ) |
| | ) |
| Defendant. | ) |

### NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, by counsel, hereby files its Notice of Dismissal With Prejudice with the Court pursuant to Federal Rule of Civil Procedure 41(a)(1), and in support of states the following:

1. On June 21, 2011, Plaintiff filed its Complaint against Defendant in the Hamilton County Superior Court, State of Indiana under Cause No. 29D01-1106-PL-5970.

2. On July 26, 2011, Defendant, by counsel, filed its Notice of Removal to remove the state court action to this Court.

3. Since the filing of Plaintiff's Complaint, the parties have reached a settlement agreement.

4. Defendant has not yet filed an Answer to the Complaint.

WHEREFORE, Plaintiff respectfully requests that this action be dismissed with prejudice.

Respectfully submitted,


/s/Darlene R. Seymour
1292 E. 91st Street
Indianapolis, IN 46240
(317) 818-0523
Fax: (317) 566-2453
dseymour@ce-ip.com
Counsel for Plaintiff


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically on the 31st day of October, 2011.  Notice of the filing will be sent to the following parties by operation of the Court's electronic filing system.

Thomas Farlow
tfarlow@fbtlaw.com

Floyd Mandell
Floyd.mandell@kattenlaw.com

Kristin Achterhof
Kristin.achterhof@kattenlaw.com

Breighanne Eggert
Breighanne.eggert@kattenlaw.com

Christine Bestor
Christine.bestor@kattenlaw.com

Darlene Seymour
dseymour@ce-ip.com


/s/ Darlene R. Seymour
1292 E. 91st Street
Indianapolis, IN 46240
(317) 818-0523
dseymour@ce-ip.com